# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STACEY L. MACKEY,**

                **Plaintiff,**

**-vs-**                                       **Case No. 6:08-cv-797-Orl-22KRS**

**L.T.D. AMERICA TOTAL CARE, INC.,**

                **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

> **MOTION:**    **JOINT MOTION TO APPROVE SETTLEMENT, RELEASE, AND NON-DISCLOSURE AGREEMENT AND DISMISS WITH PREJUDICE PLAINTIFF'S COMPLAINT (Doc. No. 38)**
>
> **FILED:**      **December 5, 2008**
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED in part and DENIED in part**.

    The Court has been advised by the parties that the above-styled action has been completely settled. As the parties represent that Plaintiff has received full relief and that there was no compromise of her claims under the Fair Labor Standards Act, no approval of the settlement is required pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). *See MacKenzie v. Kindred Hosps. East, LLC*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003)("*Lynn's Food Stores* addresses judicial oversight of 'compromises of FLSA claims . . . . Since the plaintiff has been offered

full compensation on his claim, this case does not involve a compromise . . . [and] there is no need for judicial scrutiny.").

The Settlement Agreement, Release and Non-Disclosure Agreement entered into by the parties contains provisions that the Court would not approve, such as the non-disclosure agreement in light of the public filing of the settlement agreement.

Accordingly, I **RECOMMEND** that the Court dismiss the complaint with prejudice, decline to retain jurisdiction to enforce the settlement agreement, and direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 9, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy