**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STACEY L. MACKEY,**

          **Plaintiff,**

**-vs-**                                            **Case No. 6:08-cv-797-Orl-22KRS**

**L.T.D. AMERICA TOTAL CARE, INC.,**

          **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Motion to Approve Settlement, Release, and Non-Disclosure Agreement and Dismiss with Prejudice Plaintiff's Complaint (Doc. No. 38) filed on December 5, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 9, 2008 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement, Release, and Non-Disclosure Agreement and Dismiss with Prejudice Plaintiff's Complaint (Doc. No. 38) is granted in part and denied in part.

3. This case is hereby DISMISSED WITH PREJUDICE. The Court declines to reserve jurisdiction to enforce the settlement agreement.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 5, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

*[signature]*
ANNE C. CONWAY
United States District Judge